UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

| | |
|---|---|
| LANCE S. WILLIAMS, II,<br><br>    Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent. | Case No. 16-cv-02296-LB<br><br>**ORDER FOR AMENDMENT TO PETITION**<br><br>[Re: ECF No. 1 ] |

    The petitioner, currently incarcerated at the U.S. Penitentiary in Victorville, California, commenced this action by filing a document entitled "§ 1651 Motion, All Writs Act, for *Padilla,*, *Cooper*, *Frye*, and *Johnson*." (ECF No. 1.)[1] He has consented to proceed before a magistrate judge. (ECF No. 5.) It appears that the petitioner wants to challenge his conviction or sentence, but he has not provided any details about that conviction or sentence. The absence of information about the conviction and sentence prevents the court from analyzing the petition. Accordingly, no later than **June 3, 2016,** the petitioner must file an amendment to his § 1651 petition in which he states: (1) the case number for his criminal case, (2) the United States District Court in which that case was prosecuted, (3) the crimes of which he was convicted, and (4) the date on which he was

---

[1] Citations are to the Electronic Case File ("ECF"); pin cites are to the ECF-generated page numbers at the tops of the documents.

sentenced. Failure to file the amendment by the deadline may result in the dismissal of this action.

**IT IS SO ORDERED.**

Dated: May 11, 2016

_____
LAUREL BEELER
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS,

        Plaintiff,

  v.

,

        Defendant.

Case No. 3:16-cv-02296-LB

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 11, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lance S. Williams ID: 14221-111
United States Penitentiary
PO Box 3900
Adelanto, CA 92301

Dated: May 11, 2016

Susan Y. Soong
Clerk, United States District Court

By: /s/ L. Scott

Lashanda Scott, Deputy Clerk to the
Honorable LAUREL BEELER

3