1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Francisco Division

LANCE S. WILLIAMS, II,

           Petitioner,

    v.

UNITED STATES OF AMERICA,

           Respondent.

Case No.  16-cv-02296-LB

**ORDER OF DISMISSAL**

[Re: ECF No. 1 ]

The petitioner, currently incarcerated at the U.S. Penitentiary in Victorville, California, commenced this action by filing a document entitled "§ 1651 Motion, All Writs Act, for *Padilla,*, *Cooper*, *Frye*, and *Johnson*." (ECF No. 1.)[1] He has consented to proceed before a magistrate judge. (ECF No. 5.) The court reviewed the filing, determined that the petitioner apparently wanted to challenge his conviction or sentence but had not provided any details about that conviction or sentence. (ECF No. 6.) The court explained that the absence of information about the conviction and sentence prevented the court from analyzing the petition, and ordered the petitioner to file an amendment to his § 1651 petition no later than June 3, 2016 to provide specified information. (ECF No. 6.)  The court specifically warned the petitioner that failure to file the

---

[1] Citations are to the Electronic Case File ("ECF"); pin cites are to the ECF-generated page numbers at the tops of the documents.

1   amendment by the deadline may result in the dismissal of this action. (*Id.*)

2       The petitioner did not file an amendment to his petition and the deadline by which to do so has

3   long passed. The § 1651 petition (captioned as a "§ 1651 Motion, All Writs Act") therefore is

4   DENIED because, due to the deficiencies in the original petition/motion, and the petitioner's

5   failure to cure them by amendment, he has failed to state a claim upon which relief may be

6   granted. (ECF No. 1.) The clerk shall close the file.

7       **IT IS SO ORDERED.**

8   Dated:  June 21, 2016                    _____

9                                            LAUREL BEELER
                                             United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAMS,

          Plaintiff,

      v.

,

          Defendant.

Case No.  3:16-cv-02296-LB

**CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

      That on June 21, 2016, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Lance S. Williams ID: 14221-111
United States Penitentiary
PO Box 3900
Adelanto, CA 92301

Dated: June 21, 2016

Susan Y. Soong
Clerk, United States District Court

By:_____
Lashanda Scott, Deputy Clerk to the
Honorable LAUREL BEELER

3